## Commonwealth *v.* Ortiz, Appellant.

Submitted September 13,

1971. *Eliseo Ortiz,* appellant, in propria persona; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.